IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
__MACON DIVISION

| | |
|---|---|
| **KIRBY VAN EZELL,** : | |
| : | |
| Petitioner, : | |
| : | |
| VS. : | |
| : | NO. 5:25-cv-00455-CAR-CHW |
| **MATTHEW L. MOULTON,** : | |
| : | |
| Respondent. : | |
| : | |

## ORDER

Petitioner Kirby Van Ezell, a pretrial detainee in the Houston County Detention Center in Perry, Georgia, has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241.  ECF Nos. 1, 3 & 6.[1]  He has not, however, paid the $5.00 filing fee or moved to proceed *in forma pauperis*.

Petitioner is, therefore, **ORDERED** to either pay the $5.00 filing fee or move to proceed *in forma pauperis* by filing "the affidavit required by 28 U.S.C. § 1915, and a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the [prison]."  Habeas Corpus R. 3(a)(2).  Petitioner shall have **FOURTEEN (14) DAYS** to comply with this Order and his failure to do so may result in dismissal of this action.  Also, Petitioner must keep the Court informed of any address change and his failure to do so may result in dismissal of his action.

---

[1]The document at ECF No. 3 was docketed as a motion to change venue.  This document appears to be a supplement to the petition, and Petitioner appears to be asking for a change of the venue of his underlying state court case as part of the relief he is seeking through this action.  Thus, no action will be taken on ECF No. 3 at this time.

The Clerk of Court is **DIRECTED** to forward the appropriate financial forms (with the civil action number written on them) to Petitioner along with a copy of this Order.

**SO ORDERED and DIRECTED**, this 18th day of December, 2025.

                                              s/ Charles H. Weigle
                                              Charles H. Weigle
                                              United States Magistrate Judge