IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

KIRBY VAN EZELL,                         *

        Petitioner,                  *

v.                                        Case No.  5:25-cv-455-CAR-CHW

                       *

MATTHEW L. MOULTON,                       *

        Respondent.                  *

_____       *

## J U D G M E N T

Pursuant to this Court's Order dated 6/4/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 4th day of June, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk